| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | CASE NUMBERS *(Tran. Court)* 2:06CR00185-002 |
|---|---|---|
| | E-FILING FILED 2007 OCT 25 P 3: 23 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J. | CASE NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Amy Browne 1035-B Rucker Avenue Gilroy, California 95020 | DISTRICT Eastern District of Pennsylvania | DIVISION Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Anita B. Brody | |
| | DATES OF SUPERVISED RELEASE: | FROM July 18, 2007 — TO July 17, 2010 |

OFFENSE
Title 18 U.S.C. § 371 Conspiracy to defraud the United States (Count One).

CR 07 00684 JW

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Pennsylvania**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the **Northern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/12/07
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern District of California**.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

OCT 2 2 2007
Effective Date

*signature*
United States District Judge